UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

    Plaintiff,

v.

MAINSTREET PARTNERSHIP, LLC

    Defendant.
_____/

Case No. 2:14-cv-13792
Paul D. Borman
United States District Judge

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled case BE, and hereby IS, DISMISSED WITH PREJUDICE, and without costs or attorney fees to any party.

SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:   FEB 1 3 2015

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Joseph M. West |
| PETE M. MONISMITH (P78186) | Joseph M. West (P69566) |
| PETE M. MONISMITH, PC | Pear Sperling Eggan & Daniels, P.C. |
| 3945 Forbes Avenue, | Attorneys for Defendant |
| Suite #175 | 24 Frank Lloyd Wright Dr., Lobby D-2000 |
| Pittsburgh, Pennsylvania 15213 | Ann Arbor, MI 48105 |
| Telephone: (724) 610-1881 | (734) 665-4441 |
| Facsimile (412) 258-1309 | jwest@psedlaw.com |
| Pete@monismithlaw.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |
| February 11, 2015 | February 11, 2015 |